United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDELL VAN MATHIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Deputy GRABER, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | No. C 07-3498 WHA (PR)<br><br>**GRANT OF IN FORMA PAUPERIS STATUS** |

Plaintiff's application for permission to proceed in forma pauperis (document number 6 on the docket) is **GRANTED**. His earlier motion (document 2) is **DENIED** as moot. As plaintiff is no longer incarcerated, the provisions of 28 U.S.C. § 1915(b)(1), requiring prisoners to pay the filing fee by installments, do not apply to him.

　　**IT IS SO ORDERED.**

Dated: April ___3___, 2008.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\VANMATHIS3498.IFP.wpd