UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CARDELL,

        Plaintiff,

v.

MATHIS-V-ALAMEDA COUNTY SHERIFF DEPARTMENT et al,

        Defendant.

Case Number: CV07-03498 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cardell V. Mathis
280 Kenilworth Ave.
San Leandro, CA 94577

Attorney General's Office
455 Golden Gate Ave
San Francisco, CA 94102

Dated: April 3, 2008

        Richard W. Wieking, Clerk
        By: D. Toland, Deputy Clerk