Cardell V. Mathis
280 Kenilworth Ave
San Leandro, CA. 94577

FILED
MAY - 9 2008
RICHARD W. ...
CLERK U.S. DISTRICT...
NORTHERN DISTRICT OF CAL...

1  IN THE U.S. DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4  CARDELL VAN MATHIS                    NO. C07-3498 WHA
5           Plaintiff                    MOTION TO AMEND COMPLAINT
6      VS                                FOR ADDITIONAL DEFENDANTS
7  DEPUTY FRELIGH #1818, et. al
8           Defendants.
9  _____
10    In the Presiding Court of Judge William Alsup,
11 Plaintiff seek to amend complaint by adding Deputy Kidwell,
12 and Deputy Zarham to the complaint. On 12-13-07, Mathis
13 was kept in a holding tank for approximately two days in
14 Alameda County Sheff. DEPT. Booking area. Deputy Zarham, and
15 another deputy threaten to kick Mathis, ("behind" for the Court) ass
16 and calling Mathis, a bitch! Deputy Griffin, had given Mathis,
17 another bag lunch instead of a hot meal. Mathis, suffered brick
18 and concrete for two days. A week later, Mathis, is called from
19 his housing cell by Deputy Kidwell, telling Mathis, he's being
20 released, right as the dinner meal was being served. Mathis,
21 requested to (leave) eat first, but was denied by Deputy Kidwell,
22 Mathis, was placed in dress out holding tank in the booking
23 area. Mathis, was given a sweatsuit and no shoes. A deputy
24 told Mathis his clothes hadn't arrived from North County Jail
25 where Mathis was booked on a parole violation PAL warrant.
26 Mathis, was kept in the Dress out tank for another two days.
27 Mathis, was given only bag lunches of bolosnia, that had
28 spoiled. Mathis, spoke loud of the abuse he was suffering

1. to anyone that would pass by. Deputy Zarham, then,
2. moved Mathis, to another holding cell, and gave
3. Mathis, a bologni bag lunch, after starving him
4. for nearly two days. The bag lunch of bologni,
5. had spoiled, Mathis, found out later when he
6. returned to his cell. The same cell he occupied
7. (8.C. 3) approximately 33 hours previously. The cell was
8. assigned to Mathis for the entire silly charade. Mathis,
9. had to go on an Emergency to the clinic, on 12-22-07
10. at approximately 0130 hs. Mathis, spoke to LT. White,
11. attempting to explain the events. The LT. ignored
12. Mathis, attempt to explain; telling Mathis to be quiet
13. don't talk. Perhaps for the benefit of the residing
14. nurse. Lieutenant White, nor anyone else did nothing
15. about what happened to Mathis.
16. When Mathis, was moved to another dress in holding
17. tank, Mathis saw Deputy Griffin, reminding him of
18. the event that had taken place 8 to 9 days earlier.
19. Both middle Eastern looking deputies were present
20. Deputy Zarham, and his partner. Mathis, reminded
21. them what they said 12-13-07, in another one of
22. the booking tanks. Both men tried to deny it
23. but deputy Griffin remembered. Deputy Zarham,
24. and his partner, attempted to attack Mathis,
25. Deputy Griffin, wouldn't let them through the door
26. physically using his body to restrain the two.
27. from attacking Mathis.
28. Mathis, was placed on loss of privileges without

PAGE 2 OF 3

1 penological justification. No disciplinary report
2 or a disciplinary hearing. No visiting, No Canteen,
3 or nothing It was as if Mathis, was being reduce
4 to non-existence.
5     Mathis petition the court to grant him leave
6 to amend his complaint as to add Lieutenant
7 White, Deputy Zarham, and his not known
8 accomplice to this complaint, and an additional
9 $2,000,000.00 in monetary, punitive, and whatever
10 the court deems fair.
11                   Respectfully Submitted
12
13 DATE: 04-24-08                   *Cardell V. Mathis*
                                          Cardell V. Mathis

C.V. Mathis
280 Kenilworth Ave
San Leandro, CA. 94577

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARDELL VAN MATHIS,
      Plaintiff,

vs

DEPUTY D. FRELIGH #1818,
LYNN BOWERS, R.N.

NO. C07-3498 WHA

MOTION FOR APPOINTMENT OF COUNSEL.

In the court of the Honorable Presiding Judge, William H. Alsup, Plaintiff, Cardell V. Mathis, request appointment of counsel. Mathis, says he stated he needed representation in his original filing of his claim to the courts.

Your Honor, Mathis, is currently at this time restricted to the use of a wheelchair, due to chronic back, feet, neck, and shoulder pain. He is classified ADA and (CCCMS) under psychriatric care. Mathis, is also under a highly amount of pain medication and psyche meds., making it highly impossible for him to be able to prosecute this case, or spell out a claim.

Your Honor, Mathis, motions the court in the interest of justice for the appointment of counsel. Enclosed are more supporting documents that supports the essence of granting this motion. EXHIBITS 1-3

Plaintiff Mathis, thanks the court for its time.

Respectfully Submitted

DATED: 04-22-08

Cardell V. Mathis
Cardell V. Mathis

# MEDICAL EXHIBITS 1-3

1. SANTA RITA CO. JAIL (ALA) — SRJ
2. San Quentin State (PR) — SQ
3. Devel Vocational Inst. — DVI

S R J

# DETAIL OFFICE SPECIAL REQUESTS

NAME: _____ DATE: _____

PFN: _____ LOCATION: _____

DOB: _____

1. Move Patient's Location: _____

2. Lower Tier _____ Bottom Bunk _____

3. Linen change: Clothing _____ Bedding _____

4. Crutches _____ Cane _____

5. Other requests: _____

Beginning Date: _____ Ending Date: _____

_____
E. MASTROIANNI, RNP
Signature

SRJ-105 (10/03)          PD 351 (Rev. 10/03)          Santa Rita Jail / Glenn Dyer

NAME: _____ DATE: _____

PFN: _____ LOCATION: _____

DOB: _____

2. Move Patient's Location: _____

2. Lower Tier _____ Bottom Bunk _____

3. Linen change: Clothing _____ Bedding _____

4. Crutches _____ Cane _____

6. Other requests: _____

Beginning Date: _____ Ending Date: _____

_____
Signature

SRJ-105 (10/03)          PD 351 (Rev. 10/03)          Santa Rita Jail / Glenn Dyer



# Prison Health Services Medical Request Form

- Inmate – do not write in shaded area.
- Place this form in the sick call box or give it to medical staff.
- If you do not complete all of the information, your appointment may be delayed.
- A copy will be given to you after the visit.
- You may be charged $3.00 for each health care visit.

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| 1-02-07 | Mah— | Cardell | V— | AMP — |

**HOUSING LOCATION**

SRJ – UNIT#_____ POD_____ CELL_____      GDDF – FLOOR_____ POD_____ CELL_____

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ____ Patient not seen: ____ NIC ____ DUPLICATE ____ NO SHOW ____ REFUSED ____ OTA
2. ____ Visit was for diagnosis or treatment of communicable disease condition.
3. ____ Visit was for a follow-up requested by the clinician.
4. ____ Visit was NOT exempt from co-payment – Send ORIGINAL copy to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| | | |

| Inmate's Signature | Patient Refused to Sign | Witness If Patient Refused to Sign |

Date of Triage:_____ Nurse Signature and Print/Stamp_____

Disposition: ☐ Sick Call ____  ☐ Specialty Clinic ____  ☐ Other ____

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: _____

Date: _____ Inmate's Signature: _____ Refused to Sign

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness If Patient Refused to Sign |

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

I need a cream for soreness. I've been waiting for the results of the blood test so I can get the prescription for the Vikodin. This is a Follow up

Signature of Inmate Patient _____   Date of Signature 01-02-07

ORIGINAL: Accounting     PINK: Health Services File     CANARY: Inmate/Patient     Revised 7/06

SRJ

# Prison Health Services Medical Request Form

- Inmate – do not write in shaded area.
- Place this form in the sick call box or give it to medical staff.
- If you do not complete all of the information, your appointment may be delayed.
- A copy will be given to you after the visit.
- You may be charged $3.00 for each health care visit.

| DATE OF REQUEST | LAST NAME | FIRST NAME | MIDDLE NAME | PFN |
|---|---|---|---|---|
| 2-9-08 | Mathis | Cardell | Van | AMP-834 |

**HOUSING LOCATION**

SRJ – UNIT# 8 ✓   POD B   CELL 5         GDDF – FLOOR___ POD___ CELL___

**CO-PAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. _____ Patient not seen: _____ NIC _____ DUPLICATE _____ NO SHOW _____ REFUSED _____ OTA
2. _____ Visit was for diagnosis or treatment of communicable disease condition.
3. _____ Visit was for a follow-up requested by the clinician.
4. _____ Visit was NOT exempt from co-payment. Send ORIGINAL copy to Accounting.

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | DATE |
|---|---|---|
| | | |

| Inmate's Signature | Patient Refused to Sign | Witness if Patient Refused to Sign |
|---|---|---|
| [signature] | | |

Date of Triage: _____  Nurse Signature and Print/Stamp _____
Disposition: ☐ Sick Call    ☐ Specialty Clinic    ☐ Other

**RELEASE OF RESPONSIBILITY**

I am refusing sick call due to: _____
Date: _____ Inmate's Signature: _____ Refused to Sign

| CLINICIAN'S SIGNATURE | CLINICIAN'S NAME (Print/Stamp) | Witness if Patient Refused to Sign |
|---|---|---|

Tell us below why you want to see health care staff. In the area below, write down anything you want health care staff to know.

I am requesting, "pleading", that I be given a refill for my exhausted ~~sub~~ Prescription of Vikadin. An increase in dosage is essentially pertinent for my increasing pain, in my feet and back.

Signature of Inmate Patient [signature]    Date of Signature 02-09-08

ORIGINAL: Accounting    PINK: Health Services File    CANARY: Inmate/Patient    Revised 7/06

1(c)

SQ

STATE OF CALIFORNIA                                              DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

None

| | | |
|---|---|---|
| 1. Barrier Free/Wheelchair Access  P / T _____ | 4. Bottom Bunk | **(P)**/T _____ |
| 2. Ground Floor Cell  **(P)**/T _____ | 5. Single Cell (See 128-C date: _____ ) | P / T _____ |
| 3. Continuous Powered Generator  P / T _____ | 6. Permanent OHU / CTC (circle one) | P / T _____ |
| | 7. Other _____ | P / T _____ |

## B. MEDICAL EQUIPMENT/SUPPLIES

None

| | | |
|---|---|---|
| 8. Limb Prosthesis  P / T _____ | 16. Wheelchair: (type) _____ | P / T _____ |
| 9. Brace  P / T _____ | 17. Contact Lens(es) & Supplies | P / T _____ |
| 10. Crutches  P / T _____ | 18. Hearing Aid | P / T _____ |
| 11. Cane: (type) Wood  **(P)**/T _____ | 19. Special Garment: (specify) _____ | P / T _____ |
| 12. Walker  P / T _____ | 20. Rx. Glasses: _____ | P / T _____ |
| 13. Dressing/Catheter/Colostomy Supplies  P / T _____ | 21. Cotton Bedding | P / T _____ |
| 14. Shoe: (specify) _____  P / T _____ | 22. Extra Mattress | **(P)**/T _____ |
| 15. Dialysis Peritoneal  P / T _____ | 23. Other _____ | P / T _____ |

## C. OTHER

None

| | | |
|---|---|---|
| 24. Attendant to assist with meal access  P / T _____ and other movement inside the institution. Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | 26. Therapeutic Diet: (specify) _____ | P / T _____ |
| | 27. Communication Assistance | P / T _____ |
| | 28. Transport Vehicle with Lift | P / T _____ |
| | 29. Short Beard | P / T _____ |
| 25. Wheelchair Accessible Table  P / T _____ | 30. Other _____ | P / T _____ |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments?  ☒ Yes   ☐ No
If yes, specify: Disabled

| INSTITUTION SQ | COMPLETED BY (PRINT NAME) ALVAREZ | TITLE MD |
|---|---|---|
| SIGNATURE | DATE 2/20/8 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
| HCM/CMO SIGNATURE | DATE | MATHIS E21981 7/6/57 |
| APPROVED (list the number of items approved) | | |
| DENIED (list the number of items denied) | 2(a) | |

COMPREHENSIVE ACCOMMODATION CHRONO

SQ
MATHIS  C-31771  / D4EL

STATE OF CALIFORNIA
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)

DEPARTMENT OF CORRECTIONS
*CHECK ALL APPLICABLE BOXES*

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: | CDC NUMBER: | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|
| | | | | |

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [x] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [x] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [x] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.

2. [ ] **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.

3. [x] **MOBILITY IMPAIRMENT - With or Without Assistive Device** (Wheelchairs shall not be prescribed) **- DPM**
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.

4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.

5. [ ] **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).

6. [ ] **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY

2. NO CORRESPONDING CATEGORY

3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [ ] See HOUSING RESTRICTIONS in Section E
   - [ ] Requires relatively level terrain and no obstructions in path of travel. **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SCC I or II, SOL, or SQ. (CDC 128-C:_____)

4. [ ] **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).

5. NO CORRESPONDING CATEGORY

6. [ ] **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [x] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement   [x] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [x] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
- [ ] Other: _____   [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE  _____ _____ ; _____ _____
  CODE  DATED  CODE  DATED

**HOUSING RESTRICTIONS:**  [ ] Lower bunk  [ ] No stairs  [ ] No triple bunk. CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS

- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [ ] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: _____. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

- [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
- [ ] Reads lips  [x] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE 2(b) | DATE SIGNED |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |

**NOTE:** After review by the Health Care Manager or Chief P[hysi]cian & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional and route the original and remaining copies to the C&PR/RC [fo]r tracking and further distribution according to the instructions below.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
**DISABILITY PLACEMENT PROGRAM VERIFICATION (DPPV)**
CDC 1845 (Rev. 01/04)
**CHECK ALL APPLICABLE BOXES**

3(a)1

THIS FORM ONLY VERIFIES OR DISCONFIRMS CLAIMED PHYSICAL DISABILITIES LISTED IN SECTION B

| INMATE NAME: Mathis | CDC NUMBER: E21981 | INSTITUTION: | HOUSING ASSIGNMENT: | DATE FORM INITIATED: |
|---|---|---|---|---|

*Sections A - B to be completed by licensed medical staff.*

### SECTION A: REASON FOR INITIATION OF FORM
- [x] Inmate self-identifies to staff
- [ ] Third party evaluation request
- [x] Observation by staff
- [ ] Medical documentation or Central File information

### SECTION B: DISABILITY BEING EVALUATED
- [ ] Blind/Vision Impaired
- [ ] Speech Impaired
- [ ] Deaf/Hearing Impaired
- [x] Mobility Impaired

*Sections C - G to be completed by a physician only.*

### SECTION C: PERMANENT DISABILITIES IMPACTING PLACEMENT

1. [ ] **FULL TIME WHEELCHAIR USER - DPW**
   Requires wheelchair accessible housing and path of travel.
2. [x] **INTERMITTENT WHEELCHAIR USER - DPO**
   Requires lower bunk, wheelchair accessible path of travel and *does not require* wheelchair accessible cell.
3. [ ] **MOBILITY IMPAIRMENT** - With or Without Assistive Device (Wheelchairs shall not be prescribed) - **DPM**
   Orthopedic, neurological or medical condition that substantially limits ambulation (cannot walk 100 yards on a level surface without pause). Requires lower bunk, no triple bunk, and no stairs in path of travel.
4. [ ] **DEAF/HEARING IMPAIRMENT - DPH**
   Must rely on written communication, lip reading or signing as residual hearing, with assistive devices, will not enable them to hear, understand or localize emergency warnings or public address announcements.
5. [ ] **BLIND/VISION IMPAIRMENT - DPV**
   Not correctable to central vision acuity of better than 20/200 with corrective lenses in at least one eye (See HOUSING RESTRICTIONS IN SECTION E).
6. [ ] **SPEECH IMPAIRMENT - DPS**
   Does not communicate effectively speaking or in writing.

### SECTION D: PERMANENT DISABILITIES *NOT* IMPACTING PLACEMENT

1. NO CORRESPONDING CATEGORY
2. NO CORRESPONDING CATEGORY
3. [ ] **MOBILITY IMPAIRMENT (Lower Extremities) - DNM**
   Walks 100 yards without pause with or without assistive devices.
   - [ ] No Housing Restrictions
   - [ ] See HOUSING RESTRICTIONS in Section E
   - [ ] Requires relatively level terrain and no obstructions in path of travel.
   **Do not place at:** CCI, CMC-E, CRC, CTF-C, FSP, SAC, SCC I or II, SOL, or SQ. (CDC 128-C: _____ )
4. [ ] **HEARING IMPAIRMENT - DNH**
   With residual hearing at a functional level with hearing aid(s).
5. NO CORRESPONDING CATEGORY
6. [ ] **SPEECH IMPAIRMENT - DNS**
   Does not communicate effectively speaking, but does when writing.

### SECTION E: ADDITIONAL MEDICAL INFORMATION

**CSR ALERT:**
- [x] Requires relatively level terrain and no obstructions in path of travel
- [ ] Complex medical needs affecting placement   [ ] CDC 128-C _____

**HEALTH CARE APPLIANCE / IDENTIFICATION VEST:**
- [x] Cane  [ ] Crutch  [ ] Walker  [ ] Leg/Arm prosthesis  [ ] Vest
- [x] Other: _____  [ ] CDC 128-C(s) dated: _____

**ASSISTANCE NEEDED WITH ACTIVITIES OF DAILY LIVING:**
- [ ] Feeding or Eating  [ ] Bathing  [ ] Grooming  [ ] W/C transferring
- [ ] Toileting  [ ] Other: _____  [ ] CDC 128-C(s) dated: _____

**OTHER DPP DESIGNATIONS:**
- [ ] NONE _____ ; _____
  CODE   DATED    CODE   DATED

**HOUSING RESTRICTIONS:**  [x] Lower bunk  [ ] No stairs  [x] No triple bunk. CDC 128-C(s) dated: _____

### SECTION F: EXCLUSIONS

- [ ] **VERIFICATION OF CLAIMED DISABILITY NOT CONFIRMED:** My physical examination or other objective data DOES NOT SUPPORT *claimed* disability. (Explain in Comments Section and CDC 128-C dated _____).
- [x] **REMOVAL FROM A DPP CODE:** Removal from previous DPP code: FM. (Explain in Comments Section and CDC 128-C dated: _____.)
- [ ] **REMOVAL FROM ENTIRE PROGRAM:** Removal from DPP code(s): _____. (Explain in Comments Section and CDC 128-C dated: _____.)

### SECTION G: EFFECTIVE COMMUNICATION FACTORS

- [ ] Uses Sign Language Interpreter (SLI)  [ ] Reads Braille  [ ] Communicates with written notes  [ ] Requires large print or magnifier
- [ ] Reads lips  [x] NO "EFFECTIVE COMMUNICATION" ISSUES OBSERVED OR DOCUMENTED IN THE UNIT HEALTH RECORD

**PHYSICIAN'S COMMENTS:** *(Focus on affected systems and functional limitations. No specific diagnosis or other confidential medical information.)*

| PHYSICIAN'S NAME (Print) | PHYSICIAN'S SIGNATURE | DATE SIGNED |
|---|---|---|
| HEALTH CARE MANAGER'S / DESIGNEE'S NAME (Print) | HEALTH CARE MANAGER'S / DESIGNEE'S SIGNATURE | DATE SIGNED |

**NOTE:** After review by the Health Care Manager or Chief Physician & Surgeon, health care staff shall retain green copy for the UHR, send the inmate copy via institutional mail, and route the original and remaining copies to the C&PR/RC CC-III for tracking and further distribution according to the instructions below.

**DISTRIBUTION:** Original - Top General Chrono Section of C-File;    Green - Chrono Section, Unit Health Record    Canary - C&PR/CC-III;    Pink-CC-I;    Gold-Inmate

CALIFORNIA　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS

# COMPREHENSIVE ACCOMMODATION CHRONO

**INSTRUCTIONS:** A physician shall complete this form if an inmate requires an accommodation due to a medical condition. Circle P if the accommodation is to be permanent, or T if the accommodation is to be temporary. If the accommodation is temporary, write the date the accommodation expires on the line. A new form shall be generated when a change to an accommodation is required or upon renewal of a temporary accommodation. Any new form generated shall include previous accommodations, if they still apply. Chronos indicating permanent accommodations shall be reviewed annually. This form shall be honored as a permanent chrono at all institutions.

## A. HOUSING

| | | | |
|---|---|---|---|
| None | | Bottom Bunk | **P**/T |
| Barrier Free/Wheelchair Access | P/T | Single Cell (See 128-C date: ____) | P/T |
| Ground Floor Cell | **P**/T | Permanent OHU / CTC (circle one) | P/T |
| Continuous Powered Generator | P/T | Other | P/T |

## B. MEDICAL EQUIPMENT/SUPPLIES

| | | | |
|---|---|---|---|
| None ✓ | | Wheelchair: (type) | P/T |
| Limb Prosthesis | already has wooden cane P/T | Contact Lens(es) & Supplies | P/T |
| Brace | P/T | Hearing Aid | P/T |
| Crutches | P/T | Special Garment: (specify) | P/T |
| Cane: (type) | **P**/T | Rx. Glasses: | P/T |
| Walker | 03/13/08 P/T | Cotton Bedding | P/T |
| Dressing/Catheter/Colostomy Supplies | P/T | Extra Mattress | **P**/T |
| Shoe: (specify) | P/T | Other | P/T |
| Dialysis Peritoneal | P/T | | |

## C. OTHER

| | | | |
|---|---|---|---|
| None | | Therapeutic Diet: (specify) | P/T |
| Attendant to assist with meal access and other movement inside the institution. | P/T | Communication Assistance | P/T |
| Attendant will not feed or lift the inmate/patient or perform elements of personal hygiene. | | Transport Vehicle with Lift | P/T |
| | | Short Beard | P/T |
| Wheelchair Accessible Table | P/T | Other | P/T |

## D. PHYSICAL LIMITATIONS TO JOB ASSIGNMENTS

Based on the above, are there any physical limitations to job assignments? ☐ Yes ☐ No

If yes, specify: _____

| INSTITUTION: DVI | COMPLETED BY (PRINT NAME): H. Newman | TITLE: N |
|---|---|---|
| SIGNATURE: [signature] | DATE: 3-13-08 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH: Mathis, E21981 7/6/52 |
| HCM/CMO SIGNATURE | DATE | |
| (CIRCLE ONE) APPROVED / DENIED | | |

COMPREHENSIVE ACCOMMODATION CHRONO　　　3(a)

CDC 7410 (03/04)

Distribution: Original - Unit Health Record　　Canary - Central File　　Pink - Correctional Counselor　　Gold - Inmate

DVI
3(b)1

# Inmate History

**Deuel Vocational Institution**

| Inmate Name: **MATHIS, CARDELL** | | | |
|---|---|---|---|
| CDC Number: **E21981** | Housing: **WCT1RC000000007L** | Arrival Date: **2/26/2008** | From: **SQ** |

| CM: | Current Status: 3/17/2008 Current MH Inmate | | GAF: **70** |
|---|---|---|---|
| Primary Psychiatrist: | Care Level: **CCCMS** | Last CM: **2/27/2008** | 7386-MH: **12/14/2006** |
| | Last Psy: **3/5/2008** | Last IDTT | 7387-MH: |

Axis I.1:   **303.90 - Alcohol Dependence**

Behavior Alerts:

## Appointment History:

| Date | Staff | Reason for Visit | Comment |
|---|---|---|---|
| 3/5/2008 | A. Coppola, M.D. | Lab Work | APPT COMP |
| 2/27/2008 | X. Zhou, M.D. | Med Renewal Psych | APPT COMP |
| 2/27/2008 | X. Zhou, M.D. | Doc/Undoc Meds-M.D. | APPT COMP |
| 2/27/2008 | J. Eshom, Psy.D. | Doc/Undoc Meds-CCM | APPT COMP |
| 2/27/2008 | J. Eshom, Psy.D. | Screening Positive | APPT COMP |
| 7/5/2007 | C. Anderson, Psy.D. | Screening Negative | APPT COMP |
| 12/14/2006 | C. Nyamora, Psy.D. | Further Eval CM | APPT COMP |
| 12/5/2006 | C. Anderson, Psy.D. | Screening Positive | APPT COMP |

## Missed Appointment History:

| Date | Staff | Reason for Visit | Comment |
|---|---|---|---|
| 12/22/2006 | C. Nyamora, Psy.D. | Referral Self CM | REFUSED |

## Referral History:

| Referral Date | Referred By | Resulting Action | Rejection from Program Reason (if applicable) |
|---|---|---|---|
| 12/20/06 (0:00) | Self | Referred to Case Manager | |

## MHCB Stay History:

| Admit Date | Clinical Discharge Date | Physical Move Out Date | Length (days) Clinical Stay | Length (days) Physical Stay | Reason for MHCB Stay |
|---|---|---|---|---|---|

## OHU Placement History:

| Placement Date | Clear for Removal Date | Physical Move Out Date | Length (hrs) of Placement | Length (hrs) of OHU Stay | Reason for OHU Stay |
|---|---|---|---|---|---|

## Suicide Eval/SRAC History

| Eval Date/Time | Risk Factor | SRAC Date/Time | Reason forSRAC |
|---|---|---|---|
| 12/14/2006 00:00 | 1 | | |

## Full Prescription History:

| Medication SIG 1 | Physician SIG 2 | Start Date | Stop Date | Last Pharmacy Import Date |
|---|---|---|---|---|
| ARIPIPRAZOLE 5MG TAKE 1 TAB EVERY EVENING | ZHOU, XIAOYIN ========PM========**DOT** | 2/27/2008 | 4/12/2008 | 3/17/2008 ARIPIPRAZOLE |

Key for AXIS:  (P) = Provisional diagnosis    (R) = Rule out diagnosis

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispo.*    Page 1 of 2

DVI
3b2

*Department of Corrections and Rehabilitation*                    *Date Printed: 3/17/2008 12:03 PM*

# Inmate History

**Deuel Vocational Institution**    3

Inmate Name: **MATHIS, CARDELL**

CDC Number: **E21981**    Housing: **WCT1RC000000007L**    Arrival Date: **2/26/2008**    From: **SQ**

| Medication | Prescriber | Start | End | Action Date | Name |
|---|---|---|---|---|---|
| HYDROXYZINE 25MG TABLET<br>TAKE 4 TABS EVERY EVENING | ZHOU, XIAOYIN<br>=======PM========**DOT**= | 2/27/2008 | 4/12/2008 | 3/17/2008 | VISTARIL 25MG TABLET |
| MIRTAZAPINE 30MG<br>TAKE 1 TAB EVERY EVENING | ZHOU, XIAOYIN<br>========PM========**DOT** | 2/27/2008 | 4/12/2008 | 3/17/2008 | MIRTAZAPINE |
| ACETAMINOPHEN W/COD 30MG<br>TAKE 1 TABLET TWICE A DAY | FOX, MICHAEL D.<br>CRUSH & ADD IN LIQUID*DOT | 2/27/2008 | 3/28/2008 | 3/17/2008 | CODEINE |
| ACETAMINOPHEN 325MG #24<br>TAKE 2 TABS ORALLY TWICE | FOX, MICHAEL D.<br>DAILY*KOP*REFILLS X2 | 2/27/2008 | 3/28/2008 | 3/17/2008 | TYLENOL |
| ARIPIPRAZOLE 5MG<br>TAKE 1 TAB EVERY EVENING | ZHOU, XIAOYIN<br>========PM========**DOT** | 2/27/2008 | 3/13/2008 | 3/17/2008 | ARIPIPRAZOLE |
| HYDROXYZINE 50MG TABLET<br>TAKE 2 TABS EVERY EVENING | ZHOU, XIAOYIN<br>=======PM========**DOT**= | 2/27/2008 | 3/13/2008 | 3/17/2008 | VISTARIL 50MG TABLET |
| MIRTAZAPINE 30MG<br>TAKE 1 TAB EVERY EVENING | ZHOU, XIAOYIN<br>========PM========**DOT** | 2/27/2008 | 3/13/2008 | 3/17/2008 | MIRTAZAPINE |
| ACETAMINOPHEN W/COD 30MG<br>TAKE 1 TABLET TWICE A DAY | FOX, MICHAEL D.<br>CRUSH & ADD IN LIQUID*DOT | 2/27/2008 | 3/10/2008 | 3/17/2008 | CODEINE |
| *DC'd* HYDROXYZINE CAP 50MG<br>TAKE 2 TABS EVERY EVENING | FOX, MICHAEL D.<br>=======PM========**DOT**= | 2/27/2008 | 2/27/2008 | 3/17/2008 | HYDROXYZINE  *DC |
| *DC'd* MIRTAZAPINE 30MG<br>TAKE 1 TAB EVERY EVENING | FOX, MICHAEL D.<br>========PM========**DOT** | 2/27/2008 | 2/27/2008 | 3/17/2008 | MIRTAZAPINE  *DC |
| ACETAMINOPHEN 325MG<br>TAKE 2 TABS 3 TIMES DAILY | NEWMAN, HARRY<br>REFILLS X1 | 12/19/2006 | 1/9/2007 | 12/20/2006 | TYLENOL |

Key for AXIS:  (P) = Provisional diagnosis    (R) = Rule out diagnosis

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispo.*    Page 2 of 2

